# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 11 AM 11: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

CHRIS A. TERRELL

v.

T.C. OUTLAW

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2822-D

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Denying Motion For Relief From Judgment And Order Directing Clerk To Enter Judgment entered on August 8, 2005, this cause is hereby dismissed.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 9, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in
case 2:04-CV-02822 was distributed by fax, mail, or direct printing on
August 16, 2005 to the parties listed.

---

Chris A. Terrell
FCI-MEMPHIS
11847-064
P.O. Box 34550
Memphis, TN 38184--055

Honorable Bernice Donald
US DISTRICT COURT